NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHIKIK T. JOHNSON,**
*Petitioner,*

v.

**DEPARTMENT OF DEFENSE,**
*Respondent.*

---

2012-3096

---

Petition for review of the Merit Systems Protection Board in case no. PH315H110386-I-1.

---

## ON MOTION

---

## ORDER

Shikik T. Johnson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The docketing fee must be paid within 14 days from the filing of this order.

FOR THE COURT

**MAY 0 3 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Shikik T. Johnson
     Robert C. Bigler, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 3 2012

JAN HORBALY
. CLERK